## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| CATHERINE COFFMAN, </br></br> Plaintiff, </br></br> v. </br></br> NATIONAL WESTERN LIFE GROUP, INC., DAVID S. BOONE, E. J. PEDERSON, TODD M. WALLACE, ROSS R. MOODY, THOMAS A. BLACKWELL, STEPHEN E. GLASGOW, FRANCES A. MOODY-DAHLBERG, E. DOUGLAS MCLEOD, and CHARLES D. MILOS, </br></br> Defendants. | Case No. 1:23-cv-01426-CFC </br></br> JURY TRIAL DEMANDED |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: February 1, 2024

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*